IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDY J. HOSTETLER, | CIVIL DIVISION |
| Plaintiff, | Docket No.: 2:14-cv-000675-RCM |
| vs. | HONORABLE ROBERT C. MITCHELL |
| DAWSON GEOPHYSICAL COMPANY; DISCOVERY ACQUISITION SERVICES, LLC; STATE LINE GEO, LLC; and GEOPHYSICAL PURSUIT, INC., | |
| Defendants. | |

**STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41(a)**

AND NOW, plaintiff and defendants, by and through their undersigned counsel, represent unto the Court that the parties have resolved this matter and hereby agree pursuant to F. R.C.P. 41(a) that all claims now pending in his action are dismissed with prejudice and that each party shall bear their own costs incurred.

Respectfully submitted,

/s/ Peter D. Friday, Esquire
PA I.D. # 48746
Friday & Cox LLC
1405 McFarland Road
Pittsburgh, PA   15216
412-561-4290

/s/ Jonathan Dryer, Esquire
PA ID #34496
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
The Curtis Center, Suite 1130E
Philadelphia, PA   19106
215-606-3908

/s/ Peter B. Skeel, Esquire
PA I.D. #30805
Snyder & Andrews
11269 Perry Highway
Suite 400
Wexford, PA   15090